IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> KC PROPERTY GUYS, LLC, a Kansas Limited Liability Company; and KC PROPERTY GUYS, LLC, a Missouri Limited Liability Company; <br><br> Defendants. | 8:20CV499 <br><br> **ORDER** |

Robert Lannin, and the law firm of Baylor Evnen, LLP has moved the Court to withdraw as counsel for Defendants KC Property Guys, LLC, a Kansas Limited Liability Company, and KC Property Guys, LLC, a Missouri Limited Liability Company (collectively referred to herein as "Defendants").  ([Filing No. 45](#).)  Mr. Lannin has advised the Court that Defendants have terminated his representation in this matter.  If Mr. Lannin and the law firm of Baylor Evnen, LLP are permitted to withdraw, Defendants will no longer have counsel in this matter.

Defendants are advised that they cannot litigate in this forum without representation by licensed counsel.  See [Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993)](#) ("[A] corporation may appear in the federal courts only through licensed counsel"); [Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996)](#) (stating that a corporation was technically in default as of the date its counsel was permitted to withdraw from the case without substitute counsel appearing). Therefore, substitute counsel must promptly enter an appearance on Defendants' behalfs.

Accordingly,

**IT IS ORDERED:**

1. Robert Lannin, and the law firm of Baylor Evnen, LLP's, Motion to Withdraw as counsel for Defendant KC Property Guys, LLC, a Kansas Limited Liability Company, and KC Property Guys, LLC, a Missouri Limited Liability Company ([Filing No. 45](#)), is granted.

2. Mr. Lannin shall promptly mail a copy of this Order to Defendants and file a certificate of service indicating the date the order was mailed and specifying the names of the individuals served and the addresses to which the order was sent. Mr. Lannin and the law firm of Baylor Evnen, LLP will not be relieved of applicable duties to the Court, Defendants, and opposing counsel until the certificate of service is filed.

3. Defendants shall have substitute counsel enter a written appearance in this matter no later than July 23, 2021.

Dated this 24th day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge